IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00560-RJC-SCR

| | |
|---|---|
| MYRON ANDERSON, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELECTROLUX HOME PRODUCTS, )<br>INC., )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Zachary Arbitman, Samuel Mukiibi, Alan M. Feldman and Edward S. Goldis]" (Doc. Nos. 21-24) filed November 2, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: November 2, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge